**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Bhaila v. Walgreens Boots Alliance, Inc. et al     Case Number: 24-cv-05907

An appearance is hereby filed by the undersigned as attorney for:

Rizwan Bhaila

Attorney name (type or print): Patrick D. Austermuehle

Firm: Lubin Austermuehle, P.C.

Street address: 17W220 22nd Street, Suite 410

City/State/Zip: Oakbrook Terrace, IL 60181

Bar ID Number: 6299005     Telephone Number: 630-333-0333
(See item 3 in instructions)

Email Address: patrick@l-a.law

Are you acting as lead counsel in this case?          ☐ Yes   ☑ No

Are you acting as local counsel in this case?         ☑ Yes   ☐ No

Are you a member of the court's trial bar?            ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/12/2024

Attorney signature: S/ Patrick D. Austermuehle
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015